G. Thomas Martin, III (SBN 218456)
**PRICE LAW GROUP, APC**
15760 Ventura Blvd., Suite 1100
Encino, CA 91436
Direct Dial: (818) 907-2030
Fax: (818) 205-3730
tom@plglawfirm.com
Attorneys for Plaintiff,
KENDRA LEWIS

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KENDRA LEWIS,<br><br>        Plaintiff,<br><br>vs.<br><br>DIVERSIFIED COLLECTION SERVICES, INC.; and DOES 1 to 10, inclusive,<br><br>        Defendants. | Case No.: 12-cv-03151-JCS<br><br>**VOLUNTARY DISMISSAL** |

## **VOLUNTARY DISMISSAL WITH PREJUDICE**

Plaintiff, KENDRA LEWIS (hereinafter "Plaintiff"), by and through her attorneys, PRICE LAW GROUP APC, hereby voluntarily dismisses the above-entitled case with prejudice.

RESPECTFULLY SUBMITTED,

DATED:September10,2012    **PRICE LAW GROUP APC**
By: /s/ G. Thomas Martin, III
G. Thomas Martin, III
Attorney for Plaintiff

- 1 -
VOLUNTARY DISMISSAL